1  Douglas W. Robinson (SBN: 255909)
   dwrobinson@shb.com
2  Tony M. Diab (SBN: 277343)
   tdiab@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   Jamboree Center
4  5 Park Plaza, Suite 1600
   Irvine, California 92614-2546
5  Telephone:  949.475.1500
   Facsimile:   949.475.0016
6
7  Attorneys for Plaintiff Siemens Financial Services, Inc.
8
9  Darrel C. Menthe (SBN: 186252)
   dmenthe@millermenthelaw.com
   Miller, Miller, & Menthe
10 9696 Culver Boulevard, Suite 302
   Culver City, California 90232
11 Telephone:  714.450.3800
   Facsimile:   310.601.1201
12
13 Attorneys for Defendants Seyed H. Shahrokni, M.D., Inc., Seyed H. Shahrokni, University Diagnostics, Inc. and Diagnostic Imaging
14 Partners, Inc.

**JS-6**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEMENS FINANCIAL SERVICES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SEYED H. SHAHROKNI, M.D., INC., SEYED H. SHAHROKNI, UNIVERSITY DIAGNOSTICS, INC. and DIAGNOSTICS IMAGING PARTNERS, INC.,<br><br>Defendants. | Case No. SACV12-00387 AG (ANx)<br>The Honorable Andrew J. Guilford<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF SIEMENS FINANCIAL SERVICES, INC., JOINTLY AND SEVERALLY AGAINST SEYED H. SHAHROKNI, M.D., INC., SEYED H. SHAHROKNI, UNIVERSITY DIAGNOSTICS, INC. AND DIAGNOSTICS IMAGING PARTNERS, INC. IN THE AMOUNT OF $1,974,924.89**<br><br>[Filed concurrently with Joint Stipulation for Entry of Judgment]<br><br>Complaint Filed: March 13, 2012 |

141989 V1

[PROPOSED] JUDGMENT

# JUDGMENT

Pursuant to the stipulation entered into between Plaintiff Siemens Financial Services, Inc. and Defendants Seyed H. Shahrokni, M.D., Inc., Seyed H. Shahrokni, University Diagnostics, Inc. and Diagnostics Imaging Partners, Inc., the **COURT HEREBY ENTERS JUDGMENT** in favor of Plaintiff Siemens Financial Services, Inc. and against Defendants Seyed H. Shahrokni, M.D., Inc., Seyed H. Shahrokni, University Diagnostics, Inc. and Diagnostics Imaging Partners Inc., jointly and severally, in the amount of **$1,974,924.89,** inclusive of attorneys' fees and costs, plus post-judgment interest at the statutory rate.

So ORDERED this 31st day of May, 2013.

_____
United States District Judge
Andrew J Guilford